```
 1  THE TIDRICK LAW FIRM
    STEVEN G. TIDRICK, SBN 224760
 2  JOEL B. YOUNG, SBN 236662
    2039 Shattuck Avenue, Suite 308
 3  Berkeley, California 94704
    Telephone: (510) 788-5100
 4  Facsimile: (510) 291-3226
    E-mail:    sgt@tidricklaw.com
 5  E-mail:    jby@tidricklaw.com

 6  Attorneys for Individual and Representative
    Plaintiff MICHELLE BONNER
 7
    FARELLA BRAUN + MARTEL LLP
 8  Douglas E. Dexter, SBN 115868
    Diego Acevedo, SBN 244693
 9  235 Montgomery Street, 17th Floor
    San Francisco, CA 94104
10  Telephone: (415) 954-4400
    Facsimile: (415) 954-4480
11
    Attorneys for Defendant
12  SFO SHUTTLE BUS COMPANY
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MICHELLE BONNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SFO SHUTTLE BUS COMPANY; and DOES 1-20,<br><br>Defendants. | Civil Case No.: CV-13-1606-TEH<br>Removed from Superior Court of the State of California, County of San Francisco<br>Civil Case No.: CGC-13-528106<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR APPROVAL OF HOFFMAN-LA ROCHE NOTICE<br><br>CLASS ACTION<br><br>Second Amended Complaint Filed: April 22, 2013 |
|---|---|

### REASONS FOR STIPULATION AND ORDER

1. On September 16, 2013, Plaintiff Michelle Bonner filed a Motion for Approval of Hoffman-La Roche Notice (the "Motion").

2. Plaintiff noticed the Motion for hearing on October 28, 2013.

3. Defendant's opposition to the Motion is currently due on September 30, 2013,

and Plaintiff's reply brief in support of the Motion is due on October 7, 2013.

    4.    The parties have agreed to adjust the briefing schedule on Plaintiff's Motion to allow Defendant to complete Plaintiff's deposition prior to filing its opposition to the Motion.

    5.    The proposed briefing schedule on Plaintiff's motion will continue to comply with the briefing scheduled imposed by Northern District of California Local Rule 7-2, requiring at least 35 days notice prior to the hearing on any motion.

## **STIPULATION**

Pursuant to Northern District of California Civil Local Rule 6-2 and 7-12 the parties hereby stipulate as follows:

    1.    Defendant's papers in opposition to the Motion shall be filed and served no later than Tuesday, October 8, 2013;

    2.    Plaintiff's reply papers in support of the Motion shall be filed and served no later than Tuesday, October 15, 2013.

DATED: September 23, 2013          Respectfully submitted,

                                          THE TIDRICK LAW FIRM

By:   /s/ Steven G. Tidrick
STEVEN G. TIDRICK, SBN 224760
Attorneys for Individual and Representative
Plaintiff MICHELLE BONNER

FARELLA BRAUN + MARTEL LLP

By:   /s/ Douglas E. Dexter
DOUGLAS E. DEXTER, SBN 115868
Attorneys for Defendant
SFO SHUTTLE BUS COMPANY

# ~~PROPOSED~~ ORDER

1. Defendant shall file its papers in opposition to Plaintiff's pending Motion for Approval of Hoffman-La Roche Notice no later than Tuesday, October 8, 2013;

2. Plaintiff shall file her reply papers in support of her pending Motion for Approval of Hoffman-La Roche Notice no later than Tuesday, October 15, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: 09/24/2013



Hon. Judge Thelton E. Henderson

28634\3886286.1

---

STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR APPROVAL OF HOFFMAN-LA ROCHE NOTICE
Civil Case No.: CV-13-1606-TEH                 3                          28634/3886286