IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE BONNER,

    Plaintiff,

v.

SFO SHUTTLE BUS COMPANY,

    Defendant.

No. C13-1606 TEH

ORDER DENYING DEFENDANT'S REQUEST FOR ORAL ARGUMENT

    Plaintiff's motion for *Hoffman-LaRoche* notice was scheduled for oral argument on October 28, 2013. The Court was unavailable on that date and informed the parties that the matter would be taken under submission without oral argument. Defendant subsequently requested argument so that it could address the substance of Plaintiff's proposed class claims and purported errors in Plaintiff's reply papers. The Court finds further discussion on such issues unnecessary and therefore DENIES Defendant's request. However, if Defendant nevertheless seeks to present additional argument on these issues, it may file a supplemental brief, not to exceed five pages, by **November 6, 2013**.

**IT IS SO ORDERED.**

Dated: 11/01/13

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT