1  THE TIDRICK LAW FIRM
   STEVEN G. TIDRICK, SBN 224760
2  JOEL B. YOUNG, SBN 236662
   2039 Shattuck Avenue, Suite 308
3  Berkeley, California  94704
   Telephone: (510) 788-5100
4  Facsimile:  (510) 291-3226
   E-mail:     sgt@tidricklaw.com
5  E-mail:     jby@tidricklaw.com

6  Attorneys for Individual and Representative
   Plaintiff MICHELLE BONNER
7
                           UNITED STATES DISTRICT COURT
8
                          NORTHERN DISTRICT OF CALIFORNIA
9

10 | MICHELLE BONNER, on behalf of herself | Civil Case No.: CV-13-1606-TEH
   | and all others similarly situated,
11 |                                       | Removed from Superior Court of the State of
   |              Plaintiff,               | California, County of San Francisco
12 |                                       | Civil Case No.: CGC-13-528106
   |      v.
13 |                                       | CLASS ACTION
   | SFO SHUTTLE BUS COMPANY; and DOES
14 | 1-20,                                 | **STIPULATION REGARDING
   |                                       | RESCHEDULING OF CASE
15 |              Defendants.              | MANGEMENT CONFERENCE AND
   |                                       | [PROPOSED] ORDER**
16 |                                       |
   |                                       | (N.D. Cal. Civ. L.R. 6-1(b))
17

18         Pursuant to Northern District of California Civil Local Rule 6-1(b), whereas the Court

19 on its own motion continued the case management conference previously scheduled for

20 October 28, 2013 to December 2, 2013 (see Docket #38), Plaintiff's counsel is unavailable on

21 December 2, 2013, and the parties have met and conferred on available dates, the parties

22 hereby stipulate as follows and request that the Court enter the Proposed Order below:

23         1.  The case management conference currently scheduled for December 2, 2013 shall

24             be continued until January 6, 2014.

25  Dated:  November 14, 2013              THE TIDRICK LAW FIRM

26                                         /s/ Steven G. Tidrick

27                                         _____
                                           STEVEN G. TIDRICK
28                                         Attorneys for Plaintiff

                                              1

1  Dated:  November 14, 2013          FARELLA BRAUN + MARTEL LLP

2                                     /s/ Douglas E. Dexter

3                                     _____
                                      DOUGLAS E. DEXTER
                                      DIEGO ACEVEDO
4                                     Attorneys for Defendant

5

6                          [~~PROPOSED~~] ORDER

7      The Parties having stipulated to the foregoing, IT IS SO ORDERED.

8
           11/18/2013
9  Dated:  _____     _____
                                       Judge Thelton E. Henderson
10

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; signature of Judge Thelton E. Henderson)*

2

STIPULATION REGARDING RESCHEDULING OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
*Bonner v. SFO Shuttle Bus Co.*, Civil Case No.: CV-13-1606-TEH