UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE BONNER,

    Plaintiff,

    v.

SFO SHUTTLE BUS COMPANY,

    Defendant.

Case No. 13-cv-01606-TEH

**ORDER RE: PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

The Court has reviewed the parties' April 16, 2014 joint submission regarding their proposed settlement, and notes that it is not inclined to approve a settlement that includes a reversion provision. Accordingly, at the April 21, 2014 hearing in this case, the Court requests that the parties come prepared to discuss an organization, which has some connection to the subject matter of this litigation, that could receive the funds presently designated to revert to the defendant.

**IT IS SO ORDERED.**

Dated: 4/17/14

_____

THELTON E. HENDERSON
United States District Judge