1  THE TIDRICK LAW FIRM
   STEVEN G. TIDRICK, SBN 224760
2  JOEL B. YOUNG, SBN 236662
   2039 Shattuck Avenue, Suite 308
3  Berkeley, California  94704
   Telephone: (510) 788-5100
4  Facsimile: (510) 291-3226
   E-mail:    sgt@tidricklaw.com
5  E-mail:    jby@tidricklaw.com

6  Attorneys for Individual and Representative
   Plaintiff MICHELLE BONNER
7
   FARELLA BRAUN + MARTEL LLP
8  Douglas E. Dexter, SBN 115868
   Kelly M. Matayoshi, SBN 284596
9  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
10 Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
11
   Attorneys for Defendant
12 SFO SHUTTLE BUS COMPANY

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  MICHELLE BONNER, on behalf of herself and all others similarly situated, | Civil Case No.: CV-13-1606-TEH |
| | Removed from Superior Court of the State of California, County of San Francisco |
| 17                 Plaintiff, | Civil Case No.: CGC-13-528106 |
| 18       v. | STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE FINAL APPROVAL HEARING |
| 19  SFO SHUTTLE BUS COMPANY; and DOES 1-20, | |
| 20                 Defendants. | CLASS ACTION |
| 21 | |
| 22 | Second Amended Complaint Filed: April 22, 2013 |

23                    **REASONS FOR STIPULATION AND ORDER**

24       1.      On April 24, 2014, this Court entered in the above-captioned matter its Order

25  Granting Preliminary Approval of Class Settlement (the "Order").

26       2.      Pursuant to the Order, the Final Approval Hearing in the above-captioned

27  matter was set for July 28, 2014, at 10:00 AM to consider whether to grant final approval of

28  the settlement and consider Plaintiff's request for attorneys' fees and costs, as well as

    incentive payments to Class Representatives.

3. Defendant's counsel is scheduled to be out of the state on July 28, 2014, as well as August 4, 2014, and the parties have met and conferred on other available dates.

4. The parties have agreed to stipulate and request that the Court reschedule the Final Approval Hearing in the above-captioned matter to either August 11 or 18, 2014, at the Court's convenience.

## STIPULATION

Pursuant to Northern District of California Civil Local Rule 6-1(b) the parties hereby stipulate as follows:

1. The Final Approval Hearing in the above-captioned matter, originally scheduled for July 28, 2014, shall be rescheduled to either August 11 or 18, 2014, at the Court's convenience.

DATED: April 30, 2014                    Respectfully submitted,

THE TIDRICK LAW FIRM

By: /s/ Steven G. Tidrick
STEVEN G. TIDRICK, SBN 224760
Attorneys for Individual and Representative
Plaintiff MICHELLE BONNER


FARELLA BRAUN + MARTEL LLP

By: /s/ Douglas E. Dexter
DOUGLAS E. DEXTER, SBN 115868
Attorneys for Defendant
SFO SHUTTLE BUS COMPANY


## [~~PROPOSED~~] ORDER

Pursuant to the stipulation, the final approval hearing shall be rescheduled to August 18, 2014, and such date shall be reflected in the Notice to be sent pursuant to the Court's order granting preliminary approval.   IT IS SO ORDERED.

DATE: 05/01/2014                        _____
                                         Hon. Judge Thelton E. Henderson

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE FINAL APPROVAL HEARING
Civil Case No.: CV-13-1606-TEH                    2                                28634/4347755.2