UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BONNER,<br><br>    Plaintiff,<br><br>    v.<br><br>SFO SHUTTLE BUS COMPANY,<br><br>    Defendant. | Case No. 13-cv-01606-TEH<br><br>**ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND INCENTIVE AWARDS** |

This matter came before the Court on August 18, 2014, on Plaintiff Michelle Bonner's unopposed motions for final approval of the class settlement and for attorneys' fees, costs, and incentive awards. Class notice was distributed in accordance with the Court's prior orders, and no class members objected. Fourteen individuals, less than two percent of the class, opted out. As ordered at the hearing, Plaintiff's motions are GRANTED in their entirety. Accordingly, IT IS HEREBY ORDERED that:

1. The parties' second revised proposed settlement agreement (Docket No. 59) ("Agreement") is approved as fair, adequate, and reasonable.

2. Capitalized terms used in this order shall have the same meaning as defined in the Agreement.

3. The Court certifies for settlement purposes the following class: All individuals who worked for SFO Shuttle Bus Company as a bus driver or operator at any time from January 18, 2009, through April 24, 2014.

4. The Court appoints Steven G. Tidrick and Joey Young, both of the Tidrick Law Firm, as Class Counsel.

5. The Court appoints Plaintiff Michelle Bonner as the Class Representative.

6. The Claims Administrator shall distribute the awards to Class Members as specified in the Agreement.

7. The Court awards Plaintiff Michelle Bonner and Class Member David Mack $3,500 each for their services to the Class. The Court finds that these amounts are fair and reasonable in light of these individuals' contributions to the litigation.

8. The Court grants Plaintiff's unopposed motion for $73,750 in attorneys' fees, which is 25% of the common fund amount and significantly less than the lodestar, and $9,632 in costs as within the range of reasonable fees and costs.

9. The Court retains jurisdiction to enforce the terms of the Agreement.

**IT IS SO ORDERED.**

Dated:   08/19/14

THELTON E. HENDERSON
United States District Judge